726

Assessments of the City of New York, Respondents.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

30 EAST 72ND STREET REALTY CORPORATION, Appellant, v. JENNIE D. CARDOZO et al., as Executors of WILLIAM B. CARDOZO, Deceased, Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse determination of the Appellate Term and affirm the judgment of the City Court.

In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Trustees of CHARLES R. CRANE, Deceased, Appellants. MARY J. C. BRADLEY et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK W. KRIDEL, Appellant and Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents and Appellants. (Block 1890, Lot 24, for years 1930 and 1931). THE PEOPLE OF THE STATE OF NEW YORK ex rel. MALEX REALTY CORPORATION, Appellant and Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents and Appellants. (Block 1890, Lot 24, for tax year 1929).— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK W. KRIDEL, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents, and 103RD STREET & WEST END AVENUE, INC., Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MALEX REALTY CORPORATION, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents, and 103RD STREET & WEST END AVENUE, INC., Appellant. (Block 1890, Lot 24, for years 1929, 1930 and 1931).— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS G. PACENT, Respondent, v. WARNER BROS. PICTURES, INC., et al., Appellants. (Appeals Nos. 1 and 2.) — No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Appointment of Commissioners to Determine the Compensation of Owners of Real Property for Damages Caused by the Closing of Garden Place and Vernon Parkway, in the Borough of The Bronx. CITY OF NEW YORK et al., Appellants; SOUND REALTY COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant the motion.

In the Matter of LAWYERS MORTGAGE COMPANY. WILLIAM E. RUSSELL et al., as Reorganization Managers of LAWYERS MORTGAGE COMPANY, Appellants; LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.— No opinion. Present — Townley, Glennon, Cohn and Callahan, JJ.